AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Francis E. Ruggiero, on behalf of himself, FLSA Collective Plaintiffs, and the Class Members <br><br> *Plaintiff(s)* <br> v. <br> The Station Sports Bar and Lounge Corp. d/b/a Mr. P's Southern Skillet & Anthony Pallino <br><br> *Defendant(s)* | Civil Action No. 19-cv-4010(LDH)(RML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Station Sports Bar and Lounge Corp. d/b/a Mr. P's Southern Skillet
& Anthony Pallino
650 Route 112, Port Jefferson Station NY 11776
7 Mayson Court Selden NY 11784

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pervez & Rehman, P.C.
68 South Service Road, Suite 100
Melville NY 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/11/2019                                       *Evelyn Doudalis*
                                                       *Signature of Clerk or Deputy Clerk*